

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

August 5, 2015

Scott Monroe
District Attorney - 198th Judicial District
402 Clearwater Paseo
Suite 500
Kerrville, TX 78028
* DELIVERED VIA E-MAIL *

M. Patrick Maguire
M. Patrick Maguire, P.C.
945 Barnett Street
Kerrville, TX 78028
* DELIVERED VIA E-MAIL *

RE:   Court of Appeals Number:   04-14-00882-CR and 04-14-00883-CR
      Trial Court Case Number:   CR-12-040 and CR-12-041
      Style:                     Darius Dukes   v. The State of Texas

Dear Counsel:

The above cause has been set for formal submission ON BRIEFS ONLY before this Court on Tuesday, September 8, 2015, before a panel consisting of Justice Rebeca C. Martinez, Justice Patricia O. Alvarez, and Justice Luz Elena D. Chapa.

Very truly yours,
KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853